ST. JOHN OF VIZZINI and GIOVANNI VERGA SOCIETY, INC., and Others, Appellants, v. MATTEO CAVALLO and Others, Respondents.— Judgment affirmed,

with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [134 Misc. 152.]

ERIE COUNTY ELECTRIC COMPANY, Respondent, v. MARKO STORAGE BATTERY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.